NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                      )
                                       )
        Appellant/Cross-Appellee,      )
                                       )
v.                                     )      Case Nos. 2D17-2435
                                       )
JONATHAN FERNANDEZ,                    )
                                       )
        Appellee/Cross-Appellant.      )
_____)

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellant/Cross-Appellee.

Nicholas G.  Matassini of The Matassini
Law Firm, P.A., Tampa, for Appellee/
Cross-Appellant.

PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.